In the Matter of CANDASE B. and Another, Infants. WY-
OMING COUNTY DEPARTMENT OF SOCIAL SERVICES, Appellant;
MATTHEW B., Respondent. (Appeal No. 2.) [708 NYS2d 671] —Or-
der unanimously affirmed without costs for reasons stated in
decision at Wyoming County Family Court, Dadd, J. (Appeal
from Order of Wyoming County Family Court, Dadd, J.—
Abuse.) Present—Pigott, Jr., P. J., Pine, Scudder and Kehoe,
JJ.

 ADRIAN J. SZAROWICZ, JR., et al., Respondents, v WEST
VALLEY NUCLEAR SERVICE COMPANY, INC., et al., Defendants.
WEST VALLEY NUCLEAR SERVICE COMPANY, INC., et al., Third-
Party Plaintiffs-Respondents, v FERGUSON ELECTRIC CONSTRUC-
TION Co., Third-Party Defendant-Appellant. [707 NYS2d 740] —Or-
der unanimously reversed on the law with costs, motion
granted and third-party complaint dismissed. Memorandum:
Supreme Court erred in denying the motion of third-party de-
fendant for summary judgment dismissing the third-party com-
plaint seeking indemnification and/or contribution. The third-
party action is barred by the 1996 amendment to Workers'
Compensation Law § 11 because, "irrespective of the date of
the accident," the underlying personal injury action was com-
menced after September 10, 1996, the effective date of the
amendment, and there is no claim that plaintiff Adrian J.
Szarowicz, Jr. suffered a "grave injury" within the meaning of
that section (*Majewski v Broadalbin-Perth Cent. School Dist.*,
91 NY2d 577, 582, 590; *see, Bartek v Murphy*, 266 AD2d 865,
*lv denied* 95 NY2d 756). (Appeal from Order of Supreme Court,
Cattaraugus County, Nenno, J.—Summary Judgment.) Pres-
ent—Pigott, Jr., P. J., Pine, Scudder and Kehoe, JJ.